IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Carlos Romero Licona,<br><br>                               Petitioner,<br><br>vs.<br><br>Pamela Bondi, Attorney General et al.,<br><br>                               Defendants. | Case No. 0:26-cv-01321-DMT-ECW |

## ORDER TO DISMISS PETITION WITHOUT PREJUDICE

[¶ 1]   THIS MATTER comes before the Court upon Petitioner's Notice of Voluntary Dismissal filed on March 11, 2026. Doc. No. 8.

[¶ 2]   Upon consideration, it is **ORDERED** that the Petition (Doc. No. 1) is **DISMISSED without prejudice** pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

[¶ 3]   **IT IS SO ORDERED.**

DATED March 11, 2026.

                                                                                         Daniel M. Traynor, District Judge
                                                                                         United States District Court